UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Gary Kearney, et al.</u>

    v.

<u>Brenda Elias, et al.</u>

Civil No. 07-cv-149-JL


### O R D E R

The court has been advised that Brenda Elias and William H. Constant have filed for relief under the Bankruptcy Code.

There appears to be no further reason to maintain the file as an open one for statistical purposes.  The Clerk is instructed to statistically close the case.

Nothing contained in this Order shall be considered a dismissal or disposition of this matter, and should further proceedings become necessary, any party may move to reopen.

SO ORDERED.


January 22, 2009                           <u>/s/ Joseph N. Laplante</u>
                                                    Joseph N. Laplante
                                                    United States District Judge


cc:    Finis E. Williams, III, Esq.
        James B. Kazan, Esq.